In re the Marriage of Lea Marie COV-
INGTON, f.k.a. Lea Marie Markes,
petitioner, Respondent,

v.

Steven Paul MARKES, Appellant.

No. C3–84–2009.

Supreme Court of Minnesota.

July 24, 1985.

ORDER

Prior Report: 366 N.W.2d 692 (Minn.
App.1985)

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that disposi-
tion of the pending petition for further
review of a decision of the Court of Ap-
peals be, and the same is, stayed pending
this court's final decision in *Moylan v.
Moylan* (C2–84–2177) and *Erickson v. Er-
ickson* (C7–84–1770) (petitions for further
review granted). Counsel is directed to
take no further action in connection with
the pending petition; briefing, if any, will
be ordered after disposition of the two ref-
erenced cases.